Commercial Light Company, appellee, v. Ben Stevenson, appellant.
Gen. No. 35,378.

 Heard in the first division of this court for the first district at the October term, 1931. Opinion filed February 29, 1932.
Harrold, Quilici & Devitt and E. A. Miller, for appellant; George L. Quilici and Eugene E. Murphy, of counsel. Ringer, Wilhartz & Hirsch and Morris Aronson, for appellee; Sidney J. Wolf, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

Mae J. Schindler, appellee, v. Singer Sewing Machine Company, appellant. Gen. No. 35,524.

 Heard in the first division of this court for the first district at the October term, 1931. Opinion filed February 29, 1932. Rehearing denied March 14, 1932.
John A. Bloomingston, for appellant. Arne B. Hummeland, for appellee.
Mr. Justice Matchett delivered the opinion of the court.

Charles Fritz, appellee, v. A. F. Dormeyer Manufacturing Company, successor to MacLeod Manufacturing Company, appellant. Gen. No. 35,561.

 Heard in the first division of this court for the first district at the October term, 1931. Opinion filed February 29, 1932. Rehearing denied March 14, 1932.
George J. Avery, for appellant. Linenthal, Scheyer & Myles, for appellee.
Mr. Justice Matchett delivered the opinion of the court.

William David Zimmerman, defendant in error, v. Federal Life Insurance Company, plaintiff in error. Gen. No. 35,628.

 Heard in the first division of this court for the first district at the December term, 1931. 
Opinion filed February 29, 1932.
Loucks, Eckert & Peterson, for plaintiff in error; William U. Bardwell and Jerome F. Kutak, of counsel. E. R. Elliott, for defendant in error.
Mr. Justice Matchett delivered the opinion of the court.